IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONALD WAYNE BUSBY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:12-CV-3631-D |
| | § | |
| DALLAS COUNTY SHERIFF'S | § | |
| DEPARTMENT, ET AL. | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

**SO ORDERED**.

October 30, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE